may apply to the Supreme Court on the foot of the judgments for the appointment of a referee to hear such accounting, and that as so modified the judgment be affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant, *v.* CITY OF OSWEGO et al., Respondents.

*Taxpayer's action — municipal corporations — action to restrain the compromise of claims of the city of Oswego against the State.*

*People's Gas & Electric Co. of Oswego* v. *City of Oswego,* 207 App. Div. 883, affirmed.

(Argued May 21, 1924; decided June 6, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1923, unanimously affirming a judgment in favor of defendants entered upon the report of a referee. The action was brought pursuant to section 51 of the General Municipal Law and seeks to restrain the defendants from consummating a compromise and settlement of certain claims of the city of Oswego against the State of New York arising out of appropriations of land made from and consequential damages caused to the city by the State, in connection with the construction by the State of the improved Oswego canal, commonly called the Barge canal, and from completing in connection with such compromise an adjustment of and quieting the title to the property rights of the city and State in the use of the waters of the Oswego river, and the conveyance of certain of the uplands and easements in other uplands by the State to the city at the west end of Barge canal dam No. 6, in the Oswego river, at the city of Oswego.

*Charles A. Collin* and *Elton H. Beals* for appellant.

*Francis E. Cullen* and *Joseph T. McCaffrey* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

People's Gas and Electric Company, Appellant, *v.*
The City of Oswego et al., Respondents.

*Taxpayer's action — municipal corporations — constitutional law — constitutionality of statute authorizing development and use by city of Oswego of water power from Barge canal dam — action to restrain issuance and sale of city bonds or use of funds for construction of hydro-electric plant.*

*People's Gas & Electric Co.* v. *City of Oswego,* 207 App. Div. 134, affirmed.

(Argued May 21, 1924; decided June 6, 1924.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1923, unanimously affirming a judgment in favor of defendants entered upon the report of a referee. The action, by the plaintiff as a taxpayer of the respondent, city of Oswego, was brought pursuant to section 51 of the General Municipal Law and seeks a judgment declaring chapter 349 of the Laws of 1915, authorizing the development and use by the city of Oswego of the waters of the Oswego river at Barge canal dam No. 6, in said city, and erecting the Water Service Commission of the city of Oswego, to be unconstitutional as violative of section 10 of article 8 of the Constitution of the State, and restraining the respondents, City of Oswego, its Mayor and City Chamberlain, from issuing, selling or using the proceeds of certain bonds of said city of Oswego in the sum of $345,000, authorized by a special taxpayers' election of the city of Oswego, held July 17, 1916, for the construction of an hydro-electric plant at said dam No. 6, and also enjoining the respondents, City of Oswego and the members of the Water Service Commission of the said city, from taking any steps towards the construction of the said hydro-electric plant and from incurring any indebtedness against the said city, pursuant to chapter